ACCEPTED
01-14-00516-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 1:25:10 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-14-00516-CR, 01-14-00517-CR, 01-14-00518-CR
## 01-14-00519-CR, 01-14-00520-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/23/2015 1:25:10 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## Nos. 1370904, 1370905, 1370906, 1370907, 1370908
In the 230th District Court
Of Harris County, Texas

———————◆———————

**HUGO PACHAS-LUNA**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

State's Second Motion for Extension
Of Time to File Brief

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was charged in five indictments with different charges of possession of child pornography. (1 CR 13; 2 CR 13; 3 CR 13; 4 CR

13; 5 CR 13).[1] The appellant waived his right to a jury trial and pled not guilty to the trial court. (2 RR 4-8). The trial court found him guilty as charged. (4 RR 130-31). After a pre-sentence investigation, the trial court assessed punishment for each case at eight years' confinement, with the sentences to run consecutively. (5 RR 18; 1 Supp. CR 3-4; 2 Supp. CR 3-4; 3 Supp. CR 3-4; 4 Supp. CR 3-4; 5 Supp. CR 3-4). The appellant filed timely notices of appeal and the trial court certified his right of appeal. (1 CR 92, 94).

2. The State's brief was due on February 20, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's second request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. Since this Court granted the State's last motion for extension, the undersigned attorney has worked on the following matters:

      1. Eric Baumgart
         No. 01-14-00320-CR
         Brief filed January 28, 2015

---

[1] The State will refer to the clerk's records in the different causes as though they were sequential volumes. Thus the record for 01-14-00516- CR will be 1 CR, the record for 01-14-00517-CR will be 2 CR, and so on, in numerical order. If the same document appears in all the records, the State will cite to the copy in 1 CR.

2. Raul Rodriguez
   No. PD-0016-14
   Petition for discretionary filed February 5, 2015

3. David Sydney McKeand
   No. 14-14-00943-CR
   Brief filed February 9, 2015

4. Aaron Charles Burton
   Nos. 01-14-00513-CR & 01-14-00514-CR
   Brief filed February 25, 2015

5. Robert Louis Martin
   No. 14-14-00730-CV
   Brief due February 25, 2015, with no further extensions possible

b. The undersigned attorney is assigned to receive trial court questions from nine felony courts. Since this Court granted the State's last motion for extension, the undersigned attorney has spent roughly 11 hours answering trial court questions, and also conducted a somewhat involved jury-charge conference.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Sarah V. Wood
sarah.wood@pdo.hctx.net

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: February 23, 2015